STREETER v. SHEPARD

No. 494P90

Case below: 99 N.C.App. 776

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

SWILLING v. SWILLING

No. 379PA90

Case below: 99 N.C.App. 551

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 November 1990.

TAY v. FLAHERTY

No. 453P90

Case below: 100 N.C.App. 51

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

TEAGUE v. PUTNAM

No. 372P90

Case below: 99 N.C.App. 363

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

UMSTEAD v. RODENHIZER

No. 507P90

Case below: 100 N.C.App. 331

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.